# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **RICARDO RAMIREZ RIOS,** § <br> § <br> *Petitioner*, § <br> § <br> v. § <br> § <br> **TODD LYONS, IN HIS CAPACITY AS ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. ATTORNEY GENERAL; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and WARDEN OF ERO EL PASO CAMP EAST MONTANA,** § <br> § <br> *Respondents*. § | No. 3:25-CV-00522-LS |

## ORDER DISMISSING CASE

Petitioner Francisco Diaz Soto and Respondents have filed a Notice of Stipulated Dismissal under Rule 41(a)(1)(A)(ii).[1] The Court therefore dismisses this case without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 2, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 8.